NO. SCPW-10-0000244

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ASSOCIATION OF APARTMENT OWNERS OF BEACH VILLAS AT KO OLINA,
a Hawaii non-profit corporation, Petitioner,

vs.

THE HONORABLE R. MARK BROWNING, JUDGE OF THE CIRCUIT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I, and
KO OLINA DEVELOPMENT, LLC, a Delaware limited
liability company, Respondents.

---

ORIGINAL PROCEEDING
(CIVIL NO. 10-1-2675-12)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ.
and Circuit Judge Chan, assigned by reason of vacancy)

Upon consideration of petitioner AOAO Beach Villas at Ko Olina's December 28, 2010 petition for a writ of mandamus and petitioner's January 3, 2011 withdrawal of the petition,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is dismissed.

DATED:  Honolulu, Hawai'i, January 6, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Derrick H.M. Chan

